ONONDAGA LITHOLITE COMPANY, Appellant, *v.* MICHAEL STAUB, Respondent.

*Onondaga Litholite Co.* v. *Staub*, 176 App. Div. 574, affirmed.

(Argued May 26, 1919; decided July 15, 1919.)

APPEAL from a judgment, entered March 16, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. Plaintiff is a manufacturer of concrete stone. Defendant is a mason

builder. In June, 1914, defendant obtained a contract from the board of water supply of the city of New York for the construction of certain superstructures for the Ashokan bridge in Ulster county. Plaintiff claimed that defendant, through the agency of his son, had duly made a sub-contract with it for the concrete stone necessary in connection with the work to be done by defendant under said contract; that defendant had repudiated such alleged sub-contract and that plaintiff had sustained damages by way of expenses incurred and loss of profits, amounting to $50,000. Defendant claimed that his son had made this contract without his knowledge or authority and refused to ratify it.

*Jeremiah T. Mahoney* and *Vincent L. Leibell* for appellant.

*Charles I. Taylor* and *Thomas H. Beardsley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.